No. 85-606. DORAN *v.* TRAVELERS INDEMNITY CO. C. A. 11th Cir. Certiorari denied.

No. 85-610. PIAROWSKI *v.* ILLINOIS COMMUNITY COLLEGE DISTRICT 515, PRAIRIE STATE COLLEGE, ET AL. C. A. 7th Cir. Certiorari denied.

No. 85-611. MCQUAY ET AL. *v.* CITY OF JUNCTION CITY, KANSAS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 85-612. PROGRAM ENGINEERING, INC. *v.* CALIFORNIA JOCKEY CLUB. C. A. 9th Cir. Certiorari denied.

No. 85-617. KULLBERG *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85-618. MILLER ET AL. *v.* HOGG BROTHERS PARTNERSHIP ET AL. C. A. 8th Cir. Certiorari denied.

No. 85-624. CARBALAN *v.* VAUGHN ET AL. C. A. 5th Cir. Certiorari denied.

No. 85-627. FRYE *v.* UNITED STEELWORKERS OF AMERICA ET AL. C. A. 7th Cir. Certiorari denied.

No. 85-628. BIPPUS ET AL. *v.* LOCAL 100 OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL. C. A. 6th Cir. Certiorari denied.

No. 85-629. CUNNINGHAM *v.* HOUSING AUTHORITY OF THE CITY OF OPELOUSAS, DBA OPELOUSAS HOUSING AUTHORITY. C. A. 5th Cir. Certiorari denied.

No. 85-630. GRIMMER ET AL. *v.* HARDEN. C. A. 11th Cir. Certiorari denied.

No. 85-644. NAZARIAN *v.* NAZARIAN. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 85-647. MANN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.